# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

September 18, 2015

Lyle W. Cayce
Clerk

No. 15-60314
Summary Calendar

EFFORT ALEXANDER,

Plaintiff - Appellant

v.

DESOTO COUNTY SOIL AND WATER CONSERVATION DISTRICT,

Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:14-CV-147

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM:*

AFFIRMED.  See Rule 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.